IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DIANE WELCH )
 )
v. ) NO. 3:08-1071
 )
FORD MOTOR CREDIT COMPANY, LLC )

**O R D E R**

Pursuant to the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73(b), the parties in this action have consented to have the Magistrate Judge conduct any and all further proceedings in the action, including the entry of a final judgment. See Docket Entry No. 26.

In accordance with the contemporaneously entered Memorandum, the motion for summary judgment (Docket Entry No. 51) of Ford Motor Credit Company, LLC, is GRANTED and this action is DISMISSED WITH PREJUDICE.

The pretrial conference and trial scheduled on August 3, 2010, and August 17, 2010, respectively, are CANCELLED.

The entry of this Order shall constitute the final judgment in this case.

JULIET GRIFFIN
United States Magistrate Judge